BENJAMIN McCLUNG, Respondent, *v.* FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Appellant, Impleaded with Others.

(Argued December 14, 1933; decided January 9, 1934.)

*Thayer Burgess* and *George H. Kenny* for appellant. *Charles B. Sullivan* and *Warner M. Bouck* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.